United States District Court
District of Connecticut

Colin McBriarty
    Plantiff

        Civil no:

V.

Correctional Officer Hester
    Defendant    Date:

Pro SE Prisoner Civil Rights Complaint:

## Jurisdiction: A

1) I can file my complaint in federal court because I am suing State, county, or city employees for violating my federal rights under 42 U.S.C. §1983, 85, or 86.

## Plantiff: B

1) Plantiff, Colin McBriarty, is a pretrial detainee currently housed at Hartford Correctional Center (Htcc). Plantiff was previously housed at New Haven Correctional Center (NHcc) at the times relavent to this complaint.

## Defendant : C

1) Defendant Hester is a correctional officer who is employed with the Connecticut Department of Corrections (CTDOC), currently working at NHCC, is and was at all times relavent acting under color of state law.

## Complaint : D

1) After being housed at NHCC as a pre-trial detainee, Plantiff was housed in C-block on center teir in #9 cell.

2) On 2-22-2022 at approximently 2PM the Plantiff asked defendant Hester if he could take a shower. The defendant responded by telling Plantiff to "lock the fuck up".

3) Plantiff once again asked and said he would be quick. Defendant Hester responded again by saying "didn't you hear me, lock the fuck up or you'll get fucked up"

4) Plantiff then went to his cell (#9 cell).

5) The rec. schedule was changed that day because tablets got passed out, so recreation started and ended at a different time then normal.

Complaint: D

6) Plantiff was in his cell where he belonged. Defendant Hester approached the plantiffs cell door and was extremely angry because it was open. Defendant then asked "why the fuck is your door open?"

7) At this time Plantiff requested a lieutenant. The Plantiff told defendant Hester he would like to speak to a ~~lieutenant~~ lieutenant.

8) At that time defendant Hester was standing on the teir outside #9 cell. Defendant grabbed his walkie talkie clipped on his shirt and called a code orange (Assault on DOC employee).

9) Defendant Hester then charged into the Plantiffs cell swinging. Defendant Hester violently attacked the plantiff. Defendant assaulted the plantiff over and over. Defendant Hester beat the plantiff with his fists, knees and feet. Defendant Hester repeatedly punched, kneed, and kicked the plantiff all over his body. The Plantiff was scared for his life. The plantiff was punched numerous times in the face too.

10) At one point defendant Hester started choking the plantiff, and the plantiff thought he would die.

## Complaint: D

11) The code orange defendant Hester called was a lie. The plantiff was in his cell and the defendant was outside the cell when he called the code. The plantiff never threatened, never touched, and never tried to touch defendant Hester. The camera footage shows a code orange never occurred and the attack on the plantiff was completly unprovoked. The defendant lied.

12) Its obvious that defendant Hester lied and called the falsified code orange to cover up his violent assault on the plantiff. Its clear defendant Hester had every intension of becoming physical before entering the plantiffs cell.

13) The plantiff remembers trying to just get away from the defendants violent assault while his cellmate yelled for the defendant to stop.

14) The maintenance worker, working in the block was the first to intervene.

15) At some point the rest of the officers responded. The plantiff was brought to medical and instantly put in a neckbrace and brought to the hospital via ambulance.

Complaint:D

16) The plantiff was transported to ST. Raphael Hospital and treated for non life threatening injuries.

17) The plantiff made a statement to the state police and the officer took pictures of the visible marks on the plantiffs face, neck, and arms.

18) The plantiff was returned to NHCC and housed in the Restrictive Housing Unit (RHU), where he recieved a D.R. Ticket for assault on DOC staff.

19) The plantiff wrote the warden on 2-25-22 about the assault and explained how he was scared for his life. He would have wrote earlier but it took the plantiff 3 days to get a pencil and request form from a C.O. in RHU.

20) For 2 weeks Defendant Hester tormented the plantiff, by going into RHU and calling the plantiff a snitch and having other officers refuse to feed him.

21) The plantiff plead not guilty to his D.R. Ticket for Assault on Staff. On 3-7-22 the plantiff was given a trial for the DR. Ticket, DHO King and C.O. Taft were present. After reviewing the cameras D.H.O King and C.O. Taft dropped the DR. Ticket for assault on staff.

## Complaint: D

22) On 3-7-22 the jail officials found the plantiff not guilty for assault on staff. That finding is another peice of proof, that defendant Hesters violent assault on the plantiff was unprovoked and unjust.

23) On 3-8-22 the plantiff was transferred out of N.H.C.C. and sent to H.C.C. When the plantiff arrived at H.C.C. he wrote his counselor and a Lieutenant for copies of all the paperwork involving the ticket and trial for assault on staff. The plantiff was told their is no paperwork in his file regarding the trial that took place. Its as if it just disapeared. The plantiff does have his original copy of the ticket (D.R.) he was served with.

24) The plantiff exhausted all remedies involving the assault on him, that took place on 2-22-22.

25) The plantiff requested that the video be preserved involving the assault on him that took place on 2-22-22.

## Legal Claim: E

1) Defendant Hester's excessive force and violent assault on the plantiff, with the intent to commit bodily harm violates the fourth and fourteenth Amendments.

## Exhaustion Clause: F

1) Plantiff exhausted all remedies D.O.C. has to offer.

## Relief Sought: G

1) Plantiff requests an injunction, defendant Hester be removed from any direct contact with inmates, and complete Anger Management.

2) Plantiff requests punitave damages in the amount of $150,000 for pain and suffering.

3) Plantiff requests Compensatory damages in the amount of $150,000

## Jury Trial: H

## Declaration: I

I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my Knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five(5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

*Colin McBriarty* (signature)
Colin McBriarty

Hartford, CT.    on: 3/22/23

177 Weston ST.
Hartford, CT. 06120